UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: RONA BETH SILVER TRUST ESTATE

1:26-CV-3505 (LTS)

ORDER DIRECTING PAYMENT OF
FEES OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Rona Beth Silver brings this civil action *pro se* on behalf of the Rona Beth Silver Trust Estate. To proceed with a civil action in this court, the initiator of that action must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP"), submit a completed and signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Artificial entities, such as a trust, however, cannot seek to proceed IFP—only a natural person can. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 196, 201-09 (1993). Thus, in this action, only Silver herself can seek to proceed IFP.

Silver submitted the pleading initiating this civil action without paying the fees to bring this action or filing an IFP application. Within 30 days of the date of this order, Silver must either pay the $405.00 in fees to bring this civil action or complete, sign, and submit the attached IFP application. If Silver submits the IFP application, it should be labeled with docket number 1:26-CV-3505 (LTS). If the Court grants the IFP application, Silver will be permitted to proceed without prepayment of fees. *See* § 1915(a)(1). If Silver fails to comply with this order within the time allowed, the Court will dismiss this action.

It has come to the Court's attention that Silver filed her pleading initiating this civil action by mailing it directly to the chambers of the Honorable Vincent L. Briccetti, United States District Judge of this court, and that Silver has since been repeatedly contacting Judge Briccetti's chambers inquiring about this action. This action, however, has never been assigned to Judge

Briccetti. Thus, there is no need for Silver to attempt to communicate in any way with Judge Briccetti or his chambers about this action. Accordingly, the Court directs Silver to cease all attempts to communicate with Judge Briccetti and his chambers about this action.

Silver must file all future submissions with respect to this civil action with the court's Pro Se Intake Unit at the following address: United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, New York 10007. *See In the Matter of Pro Se Litigation*, Standing Order, M10-468 (Doc. # 58) (S.D.N.Y. Oct. 31, 1996) ("[A]ll pro se litigants shall file their papers with the [Pro Se Intake Unit] of this Court."). Silver can pursue any inquiries about this action by making such inquiries with the court's Pro Se Intake Unit in person, at the courthouse, or by telephone, at (212) 805-0175, during normal business hours, 8:30 a.m. to 5:00 p.m., Monday through Friday (except federal holidays).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 1, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2